UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 15-cv-23397-GAYLES

BARB RILEY,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

    Defendant.
_____/

**JOINT SCHEDULING REPORT**

THE PARTIES, through undersigned counsel, file their Rule 16.1 Joint Scheduling Report pursuant to the Court's Order of September 30, 2015, stating as follows:

I. **CASE MANAGEMENT TRACK**

The parties respectfully suggest that this case be assigned to a standard track with discovery to be completed within 180 – 269 days of the Scheduling Order.

II. **Rule 16.1(b)(2) CONFERENCE REPORT**

Counsel for the parties have conferred as required by Rule 16.1(b) and issue the following report thereof:

(A) Likelihood of Settlement: Settlement negotiations will be ongoing and the parties are optimistic that settlement can be concluded before trial.

(B) Likelihood of Appearance of Additional Parties: The addition of parties is unlikely.

(C) Proposed Limits on the Time:

(i) To join other parties and amend the pleadings: November 30, 2015.

(ii) To file and hear motions: Dispositive Motions – July 17, 2016; Pre-Trial Motions (*Daubert,* etc.) – September 25, 2016

(iii) To complete discovery:   Fact – September 16, 2016;

CASE NO: 15-cv-23397-GAYLES

Expert – August 30, 2016.

(D) Proposals for the Formulation and Simplification of Issues: None at this time.

(E) Amendments of the Pleadings: It is not anticipated that amendments will be necessary or desirable.

(F) Admissions of Fact – Authenticity – Stipulations: The parties will stipulate as to authenticity of records, as practicable.

(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence: None at this time.

(H) Suggestions for referrals to a Magistrate: motions involving discovery.

(I) Preliminary Estimate of Time Required for Trial: 3 – 5 days

(J) Requested Dates for Conferences before Trial, Final Pretrial Conference, and Trial:

Conferences before trial – None requested.

Final Pretrial Conference – To be determined by the Court.

Trial Date – November 9, 2016.

(K) Other information helpful to the Court:

October 15, 2016   Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e)

October 18, 2016   Proposed date for pre-trial conference.

III. **Rule 26(f) Discovery Plan**

(A) Rule 26(a):   Disclosures will be made in accordance with Rule 26(a) within ten days of the scheduling order.

(B) Discovery Subjects:   Discovery concerning plaintiff's claimed accident; the extent of her claimed injuries and damages, if any; plaintiff's comparative fault, if any; and defendant's affirmative defenses. Fact discovery should be completed by July 11, 2016; expert discovery by September 16, 2016.

(C) ESI:   There are no anticipated issues regarding electronically stored information.

CASE NO: 15-cv-23397-GAYLES

(D) Claims of Privilege:   It is anticipated that there may be disagreement regarding the discovery of materials for which Defendant normally invokes the work product privilege, including its standard investigative report, any witness statements, any photos or video of the accident scene and any photos or video of the Plaintiff.

(E) Discovery Limitations:   None at this time.

(F) Orders under Rules 16(b), 16(c) and/or 26(c):   It is currently anticipated that a standard scheduling order and pre-trial conference will be required.

DATED at Miami, Miami-Dade County, Florida, this_____ day of October, 2015.

| | |
|---|---|
| CHRISTOPHER J. BAILEY, ESQ. | VALENTINA TEJERA, ESQ. |
| FLA. BAR NO. 42625 | FLA. BAR NO. 536946 |
| ARONFELD TRIAL LAWYERS | CARNIVAL CRUISE LINES |
| Attorney for Plaintiff | Attorney for Defendant |
| 3132 Ponce de Leon Boulevard | 3655 N.W. 87th Avenue |
| Miami, Florida  33134 | Miami, Florida  33178 |
| Telephone:  (305) 441-0440 | Direct Line: (305) 406-7556 |
| Facsimile:  (305) 441-0198 | Dedicated Judge's Line: (305) 406-5399 |
| CBailey@Aronfeld.com | (For Judges Only) |
| | Asst. Gelsis Navarro (305) 599-2600 x 18022 |
| | Tel. No. (305) 599-2600 - Loss Prevention Dept. |
| | Facsimile:  (305) 406-4732 |
| | VTejera@Carnival.com |